UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LELAND FOSTER**, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:15-cv-13847 |
| v. | ) |
| | ) |
| **PORT HURON NIGHTS, INC.**, a | ) Hon. Denise Page Hood |
| Michigan Corporation, | ) Mag. R. Steven Whalen |
| | ) |
| *DBA* | ) |
| | ) |
| **"DAYS INN HOTEL"** | ) |
| | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs.  The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Respectfully submitted,

Dated:  August 11, 2016                           Dated:  August 11, 2016

*/s/ Owen B. Dunn, Jr.*                           */s/ Patrick N. Butler*

Owen B. Dunn, Jr., MI Bar no. P66315*    PATRICK N. BUTLER
Law Offices of Owen Dunn, Jr.                 BUTLER LEGAL SERVICES, PLLC
Attorney for Plaintiff                                 31100 Stephenson Hwy.
4334 W. Central Avenue, Suite 222        Madison Heights, MI 48071
Toledo, Ohio 43615                                 (248) 588-5078
V:  (419) 241-9661  F:  (419) 241-9737    pnbutleresq@gmail.com
dunnlawoffice@sbcglobal.net                  Attorney for Defendant
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LELAND FOSTER**, | ) |
| Plaintiff, | ) Case No. 2:15-cv-13847 |
| v. | ) |
| **PORT HURON NIGHTS, INC.**, a Michigan Corporation, | ) Hon. Denise Page Hood<br>) Mag. R. Steven Whalen |
| *DBA* | ) |
| **"DAYS INN HOTEL"** | ) |
| Defendant. | |

## ORDER OF DISMISSAL

Pursuant to the above Stipulation,

**IT IS ORDERED** that this matter is dismissed with prejudice and without costs.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

**SO ORDERED.**

Dated: August 12, 2016           s/Denise Page Hood
                                 Denise Page Hood
                                 Chief Judge, United States District Court